Order Filed on August 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
United States Bankruptcy Court
District of New Jersey
_____
caption in compliance with D.N.J. LBR
9004-1(b)

Fein, Such, Kahn & Shepard, P.C.
Counsellors at Law
7 Century Drive-Suite 201
Parsippany, NJ 07054
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
R.A. LEBRON, ESQ.
CHJ122
bankruptcy@feinsuch.com
```

| In Re:<br><br>VERONICA BURR<br><br>Debtor(s) | Case No.: 13<br><br>Chapter: 13-10731 CMG<br><br>Hearing date: n/a<br><br>Judge: Hon. Christine M. Gravelle |
|---|---|

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

The relief set forth on the following pages, is hereby ordered

**DATED: August 21, 2016**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: VERONICA BURR
Case No: 13-10731 CMG
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

Upon the application of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as to certain real property known as 309 CONOVER STREET, BURLINGTON, NJ 08016 and in the presence of STEPHANIE F. RITIGSTEIN, ESQ., attorney for the above named Debtor(s), the parties having consented to the entry of the within Order and for good cause shown,

It is ORDERED, that the Secured Creditor's Proof of Claim, filed on January 30, 2014 and identified as claim no. 21 on the claims register reflecting an arrearage of $1,103.61 and a total debt of $39,008.30, is hereby allowed. The Chapter 13 Trustee is permitted to pay said claim.

It is further ORDERED, that the Debtor retains the right to file an Objection to the Proof of Claim pursuant to D.N.J. LBR 3007-1.

It is further ORDERED, that the movant or applicant shall serve this Order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on this matter.

Consent to Form and Entry
Fein, Such, Kahn & Shepard, P.C.
Attorney for Secured Creditor,
**JPMORGAN CHASE BANK, N.A.**

By: _____
R.A. LEBRON, ESQ.

Consent to Form and Entry
Stephanie F. Ritigstein, Esq.
Attorney for the Debtor(s),
**VERONICA BURR**

By: _____
STEPHANIE F. RITIGSTEIN, ESQ.

Debtor: VERONICA BURR
Case No: 13-10731 CMG
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

## CERTIFICATE OF MAILING

I hereby certify that on _____, 2016, a copy of the foregoing Order was served on each of the following: Movant, Debtor(s), any Trustee or other party who entered an appearance on the motion.

James J. Waldron, Clerk