| | |
|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>caption in compliance with D.N.J. LBR 9004-1(b)<br><br>Fein, Such, Kahn & Shepard, P.C.<br>Counsellors at Law<br>7 Century Drive-Suite 201<br>Parsippany, NJ 07054<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>CHJ122<br>bankruptcy@feinsuch.com | **Order Filed on August 21, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>VERONICA BURR<br><br>Debtor(s) | Case No.: 13<br><br>Chapter: 13-10731 CMG<br><br>Hearing date: n/a<br><br>Judge: Hon. Christine M. Gravelle |

### CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following pages, is hereby ordered

**DATED: August 21, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: VERONICA BURR
Case No: 13-10731 CMG
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

Upon the application of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as to certain real property known as 309 CONOVER STREET, BURLINGTON, NJ 08016 and in the presence of STEPHANIE F. RITIGSTEIN, ESQ., attorney for the above named Debtor(s), the parties having consented to the entry of the within Order and for good cause shown,

It is ORDERED, that the Secured Creditor's Proof of Claim, filed on January 30, 2014 and identified as claim no. 21 on the claims register reflecting an arrearage of $1,103.61 and a total debt of $39,008.30, is hereby allowed. The Chapter 13 Trustee is permitted to pay said claim.

It is further ORDERED, that the Debtor retains the right to file an Objection to the Proof of Claim pursuant to D.N.J. LBR 3007-1.

It is further ORDERED, that the movant or applicant shall serve this Order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on this matter.

| | |
|---|---|
| Consent to Form and Entry<br>Fein, Such, Kahn & Shepard, P.C.<br>Attorney for Secured Creditor,<br>**JPMORGAN CHASE BANK, N.A.**<br><br>By: _[signature]_<br>**R.A. LEBRON, ESQ.** | Consent to Form and Entry<br>Stephanie F. Ritigstein, Esq.<br>Attorney for the Debtor(s),<br>**VERONICA BURR**<br><br>By: _[signature]_<br>**STEPHANIE F. RITIGSTEIN, ESQ.** |

```
Debtor: VERONICA BURR
Case No: 13-10731 CMG
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**
```

## CERTIFICATE OF MAILING

I hereby certify that on _____, 2016, a copy of the foregoing Order was served on each of the following: Movant, Debtor(s), any Trustee or other party who entered an appearance on the motion.

                                          James J. Waldron, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 13-10731-CMG
Veronica Burr                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 22, 2016
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.
db              +Veronica Burr,    PO Box 1325,    Burlington, NJ 08016-0925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2016 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, National Association bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Eric   Clayman    on behalf of Debtor Veronica   Burr jenkins.clayman@verizon.net
        R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
        Stephanie F. Ritigstein    on behalf of Debtor Veronica   Burr jenkins.clayman@verizon.net
        Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
                                                                                                TOTAL: 8