**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Veronica Burr | Social Security number or ITIN  xxx–xx–1079 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–10731–CMG | |

## Order of Discharge           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Veronica Burr

5/4/18                                    **By the court:** Christine M. Gravelle
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 13-10731-CMG
Veronica Burr                                                       Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: May 04, 2018
                              Form ID: 3180W             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db             +Veronica Burr,   PO Box 1325,    Burlington, NJ 08016-0925
513611097      +Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
513737243       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
514510739      +JPMorgan Chase Bank,    700 Kansas Lane,    Monroe, LA 71203-4774
514499181      +JPMorgan Chase Bank, National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513611114      +Merchantile Solution,    c/o Creditors Interchange Receivable Mgm,    165 Lawrence Bell Drive,
                 Williamsville, NY 14221-7900
513984722     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of the Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
513611119       State of New Jersey,    Division of Taxation,    PO Box 445,   Trenton, NJ 08695-0445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2018 23:05:41      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2018 23:05:40       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513611087      +E-mail/Text: mary.stewart@abcofcu.org May 04 2018 23:06:05      ABCO Federal Credit Union,
                 PO Box 247,   Rancocas, NJ 08073-0247
513611089      +EDI: AMEREXPR.COM May 05 2018 02:58:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
513611088       EDI: AMEREXPR.COM May 05 2018 02:58:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
513827573       EDI: BECKLEE.COM May 05 2018 02:58:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
513611091       EDI: BANKAMER.COM May 05 2018 02:58:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
513611092       EDI: BANKAMER.COM May 05 2018 02:58:00      Bank of America,    PO box 982238,
                 El Paso, TX 79998
513611086       EDI: BANKAMER.COM May 05 2018 02:58:00      AAA Financial Services,    PO Box 15019,
                 Wilmington, DE 19886-5019
513611122       EDI: BANKAMER.COM May 05 2018 02:58:00      World Points/ Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
513611094      +EDI: CHASE.COM May 05 2018 02:58:00      Bank One/Chase,    PO Box 15298,
                 Wilmington, DE 19850-5298
513611100       EDI: CITICORP.COM May 05 2018 02:58:00      Citi Cards,    PO Box 182564,
                 Columbus, OH 43218-2564
513611101       EDI: CITICORP.COM May 05 2018 02:58:00      Citi Cards,    PO Box 183113,
                 Columbus, OH 43218-3113
513611090       EDI: CITICORP.COM May 05 2018 02:58:00      AT&T Universal Card,    PO Box 182564,
                 Columbus, OH 43218-2564
513611095       EDI: CAPITALONE.COM May 05 2018 02:58:00      Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
513772283       EDI: BL-BECKET.COM May 05 2018 02:58:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
513611096      +EDI: CHASE.COM May 05 2018 02:58:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
513611098      +EDI: CHASE.COM May 05 2018 02:58:00      Chase/Bank One,    PO Box 15298,
                 Wilmington, DE 19850-5298
513611099      +EDI: CHASE.COM May 05 2018 02:58:00      Chase/Bank One,    PO Box 15299,
                 Wilmington, DE 19850-5299
513611102      +EDI: LTDFINANCIAL.COM May 05 2018 02:58:00      Citibank NA,    c/o LTD Financial Services,
                 7322 Southwest Freeway Ste 1600,    Houston, TX 77074-2134
513611103      +EDI: CITICORP.COM May 05 2018 02:58:00      Citicards CBNA,    701 E 60th Street,
                 Sioux Falls, SD 57104-0432
513633642      +EDI: TSYS2.COM May 05 2018 02:58:00      Department Stores National Bank/Macy’s,
                 Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
513611105       EDI: DISCOVER.COM May 05 2018 02:58:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
513624020       EDI: DISCOVER.COM May 05 2018 02:58:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
513611107      +EDI: PRA.COM May 05 2018 02:58:00      GE Capital Retial Bank,    c/o Portfolio recovery,
                 120 Corporate Blvd,    Norfolk, VA 23502-4952
513611108       EDI: RMSC.COM May 05 2018 02:58:00      GECRB/JC Penney,    PO box 965001,
                 Orlando, FL 32896-5001
513611109      +EDI: RMSC.COM May 05 2018 02:58:00      GECRB/Sams,    PO Box 965005,    Orlando, FL 32896-5005
513611110       EDI: IRS.COM May 05 2018 02:58:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
513611111       EDI: RMSC.COM May 05 2018 02:58:00      JC Penney,    PO Box 960090,    Orlando, FL 32896-0090
513909691       EDI: JEFFERSONCAP.COM May 05 2018 02:58:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513611112       EDI: CBSKOHLS.COM May 05 2018 02:58:00      Kohl’s,    PO Box 2983,    Milwaukee, WI 53201-2983
513611113       EDI: TSYS2.COM May 05 2018 02:58:00      Macy’s,    PO Box 183083,    Columbus, OH 43218-3083
```

```
District/off: 0312-3           User: admin              Page 2 of 2                 Date Rcvd: May 04, 2018
                               Form ID: 3180W           Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513935163      EDI: PRA.COM May 05 2018 02:58:00      Portfolio Recovery Associates, LLC,
                c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
513934995      EDI: PRA.COM May 05 2018 02:58:00      Portfolio Recovery Associates, LLC,
                c/o Jc Penny Credit Card,    POB 41067,    Norfolk VA 23541
513934994      EDI: PRA.COM May 05 2018 02:58:00      Portfolio Recovery Associates, LLC,
                c/o Sams Club Personal Cred,    POB 41067,    Norfolk VA 23541
513935201      EDI: PRA.COM May 05 2018 02:58:00      Portfolio Recovery Associates, LLC,    c/o Sears,
                POB 41067,    Norfolk VA 23541
513934996      EDI: PRA.COM May 05 2018 02:58:00      Portfolio Recovery Associates, LLC,    c/o Us Bank,
                POB 41067,    Norfolk VA 23541
513935202      EDI: PRA.COM May 05 2018 02:58:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                POB 41067,    Norfolk VA 23541
513611115      EDI: SEARS.COM May 05 2018 02:58:00      Sears Credit Cards,    PO Box 183081,
                Columbus, OH 43218-3081
513611116     +EDI: SEARS.COM May 05 2018 02:58:00      Sears/SBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
513611117      EDI: CITICORP.COM May 05 2018 02:58:00      Shell,    Processing  Center,
                Des Moines, IA 50367-0400
513637711     +E-mail/Text: bncmail@w-legal.com May 04 2018 23:05:48      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513611120      EDI: WTRRNBANK.COM May 05 2018 02:58:00      Target,    Retailers National Bank,    PO Box 59231,
                Minneapolis, MN 55459-0231
513611121      EDI: USBANKARS.COM May 05 2018 02:58:00      US Bank,    Recovery Department,
                Attn: Tamara Lockridge,    PO Box 790084,    Saint Louis, MO 63179-9855
513739268      EDI: RMSC.COM May 05 2018 02:58:00      Walmart,    PO Box 530927,    Atlanta GA 30353-0927
                                                                                              TOTAL: 45

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513611093*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
513611106*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Exxonmobil,    Processing Center,    Des Moines, IA 50361-0001)
513611104*    +Citicards CBNA,    701 E 60th Street,    Sioux Falls, SD 57104-0432
513611118*     Shell,    Processing  Center,    Des Moines, IA 50367-0400
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Veronica   Burr jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Debtor Veronica   Burr jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          R. A. Lebron    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Stephanie F. Ritigstein    on behalf of Debtor Veronica   Burr jenkins.clayman@verizon.net
          Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
                                                                                              TOTAL: 9
```